**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors.<br><br><br>GEORGES GEORGIOU, PHILIP HARRIS STEWART and GILBERT CASTILLO<br><br>Plaintiff,<br><br>v<br><br>CELSIUS NETWORK LLC; CELSIUS KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CELSIUS NETWORK INC.; CELSIUS NETWORK LIMITED; CELSIUS NETWORKS LENDING LLC; and CELSIUS US HOLDING LLC.<br><br>Defendants. | Chapter 11<br>Case No. 22-10964 (MG)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br><br>Adv. Pro. No. 23-01016 (MG) |

## STIPULATION EXTENDING DEBTORS' TIME TO ANSWER

This stipulation and agreed order (the "Stipulation") is entered into by and among Georges Georgiou, Philip Harris Stewart and Gilbert Castillo (collectively, the "Plaintiffs") on the one hand and Celsius Network LLC, Celsius Keyfi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network Limited, Celsius Networks Lending LLC and Celsius US Holding LLC (collectively, the "Debtors"), each of whom agrees and stipulates to the following:

## RECITALS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2

**WHEREAS,** on July 13, 2022, each of the Debtors filed a voluntary petition Chapter 11 of Title 11 of the United States Code; and

**WHEREAS,** on February 28, 2023, the Plaintiffs commenced this Adversary Proceeding 23-01016 by filing a complaint (the "Complaint") against the Debtors;

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

1. The Debtors accept service of the Complaint via email through their counsel, Kirkland & Ellis LLP at tj.mccarrick@kirkland.com, Attention T.J. McCarrick.

2. In exchange for the forgoing, the Plaintiffs agree to extend the Debtors' time to answer the Complaint through and including May 9, 2023.

STIPULATED AND AGREED TO THIS 10TH DAY OF MARCH 2023:

| | |
|---|---|
| Dated: March 10, 2023<br>New York, New York | /s/ Adrienne Woods<br>**The Law Offices of Adrienne Woods, P.C.**<br>Adrienne Woods, Esq.<br>105 West 86th Street, Suite 314<br>New York, NY 10024<br>917-447-4321<br>Email: adrienne@woodslawpc.com<br>*Counsel to Creditors Georges Georgiou,*<br>*Philip Stewart and Gilbert Castillo* |
| Dated: March 10, 2023<br>Washington, D.C. | /s/ T.J. McCarrick<br>**Kirkland & Ellis LLP**<br>T.J. McCarrick<br>1301 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>202-389-5000<br>tj.mccarrick@kirkland.com<br>*Counsel to the Debtors* |

[*Remainder of page intentionally left blank*]

**IT IS SO ORDERED.**

Dated:  March 10, 2023
       New York, New York

                                             **/s/ Martin Glenn**
                                              MARTIN GLENN
                                    Chief United States Bankruptcy Judge