Adrienne Woods
The Law Offices of Adrienne Woods, P.C.
105 West 86th Street, #314
New York, New York 10024
Tel: (917) 447-4321
adrienne@woodslawpc.com

*Counsel to Creditors Georges Georgiou,
Philip Stewart and Gilbert Castillo*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| CELSIUS NETWORK LLC, *et al.*,[1] | Chapter 11<br>Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| GEORGES GEORGIOU, PHILIP HARRIS STEWART and GILBERT CASTILLO | |
| Plaintiff, | |
| v | |
| CELSIUS NETWORK LLC; CELSIUS KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CELSIUS NETWORK INC.; CELSIUS NETWORK LIMITED; CELSIUS NETWORKS LENDING LLC; and CELSIUS US HOLDING LLC. | Adv. Pro. No. 23-01016 (MG) |
| Defendants. | |

**NOTICE OF ADJOURNMENT**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that the pretrial conference on the above-captioned adversary proceeding of Georges Georgiou, Philip Harris Stewart, and Gilbert Castillo that was scheduled for April 18, 2023 at 10:00 a.m. (prevailing Eastern Time) is hereby adjourned.

**PLEASE TAKE NOTICE** that the pretrial conference will be held at the omnibus hearing on May 17, 2023 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge. In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance (an "eCourt Appearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances must be made by 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing (i.e., on Tuesday, May 16, 2023).

**PLEASE TAKE NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m. (prevailing Eastern Time) on May 17, 2023 must connect to the Hearing beginning at 9:00 a.m. (prevailing Eastern Time) on May 17, 2023. When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourt Appearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Complaint with exhibits, and any related documents filed in the Adversary Proceeding, may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius/court-docket/adversary-proceedings-listing/428.  You may also obtain copies of documents filed in this Adversary Proceeding by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   New York, New York
             April 14, 2023

                                                            **THE LAW OFFICES OF**
                                                            **ADRIENNE WOODS, P.C.**

                                                            */s/Adrienne Woods*
                                                            105 West 86th Street, #314
                                                            New York, New York 10024
                                                            Telephone: 917.447.4321
                                                            adrienne@woodslawpc.com

                                                            *Counsel to Creditors Georges Georgiou,*
                                                            *Philip Stewart and Gilbert Castillo*