**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| GEORGES GEORGIOU, PHILIP HARRIS STEWART, and GILBERT CASTILLO, | |
| Plaintiffs, | Adversary Proceeding No. 23-01016 (MG) |
| v. | |
| CELSIUS NETWORK LLC, *et al.*, | |
| Defendants. | |

**JOINT STIPULATION AND AGREED ORDER BY AND AMONG THE DEBTORS AND PLAINTIFFS**

This Stipulation and Agreed Order (this "**Stipulation and Order**") is made and entered into by and among: (1) the debtors in the above-captioned chapter 11 cases (the "**Debtors**"); and (2) Plaintiffs Georges Georgiou, Philip Harris Stewart, and Gilbert Castillo (together, the "**Plaintiffs**," and with the Debtors, the "**Parties**"). The Parties hereby stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

## RECITALS

**WHEREAS**, on July 13, 2022, each of the Debtors filed a voluntary petition under Chapter 11 of the United States Code;

**WHEREAS**, on February 28, 2023, the Plaintiffs filed a complaint against certain of the Debtors commencing Adversary Proceeding No. 23-01016 (the "**Complaint**");

**WHEREAS**, on March 10, 2023, the Parties agreed to extend the Debtors' time to answer the Complaint through May 9, 2023; and

**WHEREAS**, the Debtors intend to file a motion to dismiss the Complaint (the "**Motion**").

**NOW, THEREFORE, IT IS STIPULATED AND AGREED AND, UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The foregoing recitals are incorporated herein by reference.

2. The Parties agree to and, upon approval of the Court, hereby set the following briefing schedule for the Motion:

| Event | Date |
|---|---|
| Deadline for Debtors to file the Motion | May 17, 2023, by 11:59 p.m., prevailing Eastern Time |
| Deadline for Plaintiffs to Object to the Motion | June 14, 2023, by 11:59 p.m., prevailing Eastern Time |
| Deadline for Debtors to file a Reply | June 21, 2023, by 11:59 p.m., prevailing Eastern Time |
| Hearing on the Debtors' Motion | June 28, 2023, 10:00 a.m., prevailing Eastern Time |

**IT IS SO ORDERED.**

New York, New York
Dated: _____, 2023

                                                                              _____
                                                                              THE HONORABLE MARTIN GLENN
                                                                               CHIEF UNITED STATES BANKRUPTCY JUDGE

STIPULATED AND AGREED TO THIS 3rd DAY OF MAY, 2023:

| | |
|---|---|
| New York, New York<br>Dated: May 3, 2023 | */s/ Joshua A. Sussberg*<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>ross.kwasteniet@kirkland.com<br>chris.koenig@kirkland.com<br>dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession*<br><br>*/s/ Adrienne Woods*<br>**The Law Offices of Adrienne Woods, P.C.**<br>Adrienne Woods, Esq.<br>105 West 86th Street, Suite 314<br>New York, NY 10024<br>917-447-4321<br>Email: adrienne@woodslawpc.com<br>*Counsel to Plaintiffs Georges Georgiou, Philip Stewart, and Gilbert Castillo* |