UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGES GEORGIOU, PHILIP HARRIS STEWART, and GILBERT CASTILLO, <br><br> Plaintiffs, <br><br> v. <br><br> CELSIUS NETWORK LLC, *et al.*,,, <br><br> Defendants. | Adversary Proceeding <br> No. 23-01016 (MG) |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Georges Georgiou, Philip Stewart, and Gilbert Castillo at c/o the Law Offices of Adrienne Woods, P.C., Attn: Adrienne Wood, 105 West 86th Street, Suite 314, New York NY 10024, and via electronic mail at adrienne@woodslawpc.com:

- **Joint Stipulation and Agreed Order by and Among the Debtors and Plaintiffs** (Docket No. 5)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- **Joint Stipulation and Agreed Order by and Among the Debtors and Plaintiffs** (Docket No. 6)

Dated: May 5, 2023

_____
Janira N. Sanabria

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 5th day of May 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT R. OTWELL, JR.
MY COMMISSION # HH 301772
EXPIRES: August 17, 2026