UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGES GEORGIOU, PHILIP HARRIS STEWART, and GILBERT CASTILLO,<br><br>                   Plaintiffs,<br>v.<br><br>CELSIUS NETWORK LLC, *et al.*,,<br><br>                   Defendants. | Adversary Proceeding<br>No. 23-01016 (MG) |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Reply in Support of Debtors' Motion to Dismiss the Complaint and Incorporated Memorandum of Law** (Docket No. 13)

Dated: June 22, 2023

                                                                                          _/s/ Janira N. Sanabria_
                                                                                             Janira N. Sanabria

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 22nd day of June 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Tessanna L. Fulton_

                                             [Notary Seal: TESSANNA L. FULTON, MY COMMISSION # HH 198656, EXPIRES: November 15, 2025, Bonded Thru Notary Public Underwriters]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

# Exhibit A



**Exhibit A**

Served via Electronic Mail

| NAME | ATTENTION | EMAIL |
|---|---|---|
| GEORGES GEORGIOU, PHILIP STEWART, AND GILBERT CASTILLO | C/O THE LAW OFFICES OF ADRIENNE WOODS, P.C. ATTN: ADRIENNE WOODS | ADRIENNE@WOODSLAWPC.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |